IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 08-cv-02747-PAB-KLM

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania Corporation,

    Plaintiff,

v.

TELEMATRIX, INC., a Delaware Corporation,

    Defendant.

## MINUTE ORDER

**Order Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on plaintiff's Motion for 60-Day Dismissal [Docket No. 6]. It is

    ORDERED that plaintiff's motion [Docket No. 6] is DENIED. The parties are instructed to move jointly for dismissal at such time as the settlement is final.

    Dated January 26, 2009.